Maureen McOwen
Jonathan Reischl
Tracy L. Hilmer
Alicia Ferrara
(202) 435-9553
maureen.mcowen@cfpb.gov
jonathan.reischl@cfpb.gov
tracy.hilmer@cfpb.gov
alicia.ferrara@cfpb.gov
1700 G Street, NW
Washington, DC 20552

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

David P. Healy
(850) 222-5400
dhealy@davidhealylaw.com
Dudley, Sellers, Healy & Heath, PLLC
3522 Thomasville Rd., Suite 301
Tallahassee, FL 32309

*Attorney for OLP.com*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br><br>Plaintiff,<br><br>v.<br>OLP.COM, INC.,<br><br>Defendant. | **Case No. 2:20-cv-00643-BSJ**<br><br>**JOINT STATUS REPORT**<br><br>District Judge Bruce Jenkins |

The Court has scheduled a status conference for April 2, 2021 at 10:15 a.m. (MDT). Plaintiff Bureau of Consumer Financial Protection ("Bureau") and Defendant OLP.com, Inc. ("OLP.com") therefore provide this Joint Status Report to advise the Court of the procedural history of the matter and the status of the parties' compliance with the Court's prior orders:

1. On August 25, 2020, the Bureau initiated this action by filing its Motion to Compel Production of Documents from OLP.com, Inc. [ECF 1]. On October 7, 2020 John C. Heath, Attorney at Law, PC, a party in the underlying litigation also pending before this Court,[1] filed its Motion to Modify Subpoena [ECF 17].

2. The Court considered those Motions, and the memoranda filed in support and opposition, at a telephonic hearing conducted on October 29, 2020.

3. On November 12, 2020, the Court granted in part and denied in part the Bureau's Motion. [ECF 35 and ECF 36, the "Orders"]. The Orders required OLP.com to produce to the Bureau certain phone call recordings by November 9, 2020 [ECF 35], and specified documents by November 13, 2020 [ECF 36].

4. On November 13, 2020, OLP.com filed a motion [ECF 37] requesting an extension of time to November 20, 2020 to comply with the Court's order [ECF 36]. The Court granted this request on November 16, 2020. [ECF 38].

5. The Bureau and OLP.com now submit this Joint Status Report regarding compliance with the Court's orders:

    (A) On November 12, 2020, OLP.com shipped to the Bureau a hard drive containing telephone call recordings, as required by ECF 35. OLP.com also sent an identical hard drive to John C. Heath, Attorney at Law, PC.

    (B) On November 13, 2020, OLP.com produced documents to the Bureau, as required by ECF 36, including (1) the names of lenders OLP.com works with in matching lenders

---

[1] *See Bureau of Consumer Financial Protection v. Progrexion Marketing, Inc.*, No. 2:19-cv-00298-BSJ (D. Utah).

2

with borrowers; (2) a roster of successful loans since July 21, 2011 that customers obtained through a referral by OLP.com that could be tracked by OLP.com, including the name and address of the customer, the name and address of the lender, and the date of the loan; and (3) telemarketing scripts OLP.com used in connection with transferring consumers to CreditRepair.com and/or Lexington Law.

        (C)    On November 13, 2020, the Bureau sent reimbursement to OLP.com for the costs of copying and producing the call recordings, as required by ECF 35.

        (D)    On November 15, 2020, OLP.com produced to the Bureau a document providing data responsive to the Bureau's subpoena request 1, as required by ECF 36.

        (E)    On November 17, 2020, OLP.com produced documents supplementing its responses to the Bureau's subpoena requests 2 and 3, as required by ECF 36.

        (F)    On November 20, 2020, OLP.com produced additional documents responsive to the Bureau's subpoena, including reproduction of its prior document production in the form in which the documents are ordinarily maintained, as required by ECF 36.

6.    OLP.com represents that it has produced to the Bureau all documents in the company's custody, possession, or control that are the subject of the Orders.

7.    The Bureau and OLP.com agree that this matter can be closed, and jointly request the Court do so.

Dated: March 29, 2021                              Respectfully Submitted,


/s/ Jonathan Reischl
Jonathan Reischl
Maureen McOwen
Tracy L. Hilmer
Alicia Ferrara
Enforcement Attorneys
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, DC 20552
Telephone: (202) 435-9202
jonathan.reischl@cfpb.gov
maureen.mcowen@cfpb.gov
tracy.hilmer@cfpb.gov
alicia.ferrar@cfpb.gov

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*


*/s/* David P. Healy
David P. Healy (FL Bar. No. 940410)
Admitted Pro Hac Vice
Dudley, Sellers, Healy & Heath, PLLC
3522 Thomasville Rd., Suite 301
Tallahassee, FL 32309
(850) 222-5400
dhealy@davidhealylaw.com

Attorney for OLP.com